Case 1:10-cv-04495-MGC   Document 9   Filed 06/14/11   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YAIRA PUJOLS and ROMAN A. PUJOLS,

                Plaintiffs,

  against

BJ'S WHOLESALE CLUB, INC.,

                Defendants.
-----------------------------------------------------------X

Doc. #:10-CV-4495

STIPULATION OF DISCONTINUANCE

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned the attorneys of record for all the parties to the above entitled action that the above entitled action and any cross claims are hereby discontinued with prejudice, and without costs to either party as against the other.

    IT IS FURTHER STIPULATED AND AGREED that facsimile signatures of this Stipulation may be treated as originals, that counterparts shall each be considered originals and either may be filed the Clerk of the Court without further notice.

Dated: Mineola, New York
       June 10, 2011

_____
TORINO & BERNSTEIN, P.C.
By: Bruce A. Torino, Esq.
Attorneys for Defendant
BJ'S WHOLESALE CLUB, INC.
200 Old Country Road, Suite 220
Mineola, New York 11501
[516] 747-4301  Fax: [516]747-5956

_____
HOBERMAN & TREPP, P.C.
By: Howard I. Trepp
Attorneys for Plaintiff

2622 East Tremont Avenue
Bronx, NY 10461
718] 625-1100 Fax: [718] 430-1404

"So Ordered"

S/ _____
United States District Judge
June 14, 2011